# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 10-22051-LMI
Chapter: 13

Blanca Ruiz (Debtor)
801 Brickell Bay Dr., # 1663
Miami, Florida 33131

SSN: xxx-xx-4302

## MOTION TO OBTAIN ADDITIONAL TIME IN ORDER TO COMPLY WITH BANKRUPTCY REQUIREMENTS

COMES NOW the Debtor in the above case, and herein after files a motion with this Honorable Court to allow Debtor additional time in order to properly file the necessary documents in this Chapter 13 bankruptcy case.

WHEREFORE, Debtor respectfully and prayerfully requests that this Honorable Court decides favorably to this humble request.

*/s/ Blanca Ruiz*
Blanca Ruiz (Debtor)
801 Brickell Bay Dr., # 1663
Miami, Fl. 33131