UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 10-22051-LMI
CHAPTER 13 CASE

IN RE:

BLANCA RUIZ

Debtor.

_____/

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters his/her appearance as attorney for EMC MORTGAGE CORPORATION AS SERVICING AGENT FOR CITIBANK, N.A., AS TRUSTEE, FOR CERTIFICATEHOLDERS OF SACO I INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-4, a secured lien holder, creditor of the above style debtors.

The Clerk of this Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with this case.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the Notice of Appearance was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail this ____ day of May, 2010.

Law Offices of Marshall C. Watson, P.A.
1800 N.W. 49TH Street, Suite 120
Fort Lauderdale, FL 33309
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 689-3517
connie.delisser@marshallwatson.com

By:_____
Connie Delisser, Esq.
Bar Number: 373740

10-27578

Mailing List for Case No.: 10-22051-LMI

NANCY N. HERKERT, TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027

BLANCA RUIZ
801 BRICKELL BAY DR #1663
MIAMI, FL 33131

U.S. TRUSTEE
OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

10-27578