

ORDERED in the Southern District of Florida on May 25, 2010

Laurel Myerson Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                          Case No. 10-22051-BKC-LMI

BLANCA RUIZ,                                           Chapter 13

        Debtor.
_____/

### AMENDED ORDER DENYING DEBTOR'S EX PARTE MOTION FOR EXTENSION OF TIME TO COMPLY WITH BANKRUPTCY REQUIREMENTS AND DISMISSING THE BANKRUPTCY CASE

THIS CAUSE came before the Court on the Debtor's Motion for Extension of Time to Comply with Bankruptcy Requirements (DE #9). The Court having considered the motion and based on the record, it is

**ORDERED:**

1. The Debtor's Motion for Extension of Time to Comply with Bankruptcy Requirements (DE #9) is DENIED.

2. The Debtor's prior cases listed below were dismissed for failure to file the required documents. The Debtor is a serial filer with apparently no good faith intent to comply with the requirements of the Bankruptcy Code.

Case No. 10-22051-BKC-LMI

09-28998-BKC-LMI – Dismissed September 24, 2009
09-17950-BKC-RAM – Dismissed May 20, 2009

3. The Debtor having failed to timely file the required documents and the Court finding this is a bad faith filing the case is hereby DISMISSED with prejudice for a period of one year from May 3, 2010.

### # # #

*The Clerk of Court shall serve a copy of this Order on all interested parties.*